```
ENT 72682:2024 PG 1 of 3
ANDREA ALLEN
UTAH COUNTY RECORDER
2024 Oct 21 11:17 AM FEE 40.00 BY KR
RECORDED FOR U.S. Attorney's Office - WA
ELECTRONICALLY RECORDED
```

## RETURN NAME and ADDRESS

United States Attorney's Office

P.O. Box 1494

Spokane, WA 99210-1494

Please Type or Print Neatly and Clearly All Information

### Document Title(s)

Lis Pendens

### Reference Number(s) of Related Documents

### Grantor(s) (Last Name, First Name, Middle Initial)

Owens, Josh

Whitlock, Rachel

### Grantee(s) (Last Name, First Name, Middle Initial)

United States of America

### Legal Description (Abbreviated form is acceptable, i.e. Section/Township/Range/Qtr Section or Lot/Block/Subdivision)

LOT 4, PLAT A, COPPERHEAD ESTATES SUB AREA 0.500 AC

Tax Serial No.     65-558-0004

The County Auditor will rely on the information provided on this form. The Staff will not read the document to verify the accuracy and completeness of the indexing information provided herein.

### Sign below only if your document is Non-Standard.

I am requesting an emergency non-standard recording for an additional fee as provided in RCW 36.18.010. I understand that the recording processing requirements may cover up or otherwise obscure some parts of the text of the original document. Fee for non-standard processing is $50.

_____
Signature of Requesting Party

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Jacob E. Brooks
Dan Fruchter
Assistant United States Attorneys
Gwendolyn Russell
Special Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.: 2:24-CR-140-TOR |
|---|---|
| Plaintiff, | LIS PENDENS |
| vs. | |
| JOHN WESLEY OWENS, JOSHUA WESLEY OWENS, DIESEL TRUCK PRODUCTS, INC. d/b/a DPF DELETE SHOP, INC., FULFILLMENT SOLUTIONS & MORE, LLC, KEVIN PAUL DODD, EVOLUTION AUTO PERFORMANCE, EVO TUNES INC., PHILIP JOHN SWEENEY, and KX WHEELS | |
| Defendants. | |

Record owner(s): Owens, Josh and Whitlock, Rachel, husband and wife, as joint tenants.

LIS PENDENS 1

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Washington, filed under this cause number.

DATED this 21st day of October 2024.

Vanessa R. Waldref
United States Attorney

Jacob E. Brooks
Assistant United States Attorney

COUNTY OF SPOKANE
STATE OF WASHINGTON

SUBSCRIBED AND SWORN TO BEFORE ME this 21st day of October 2024

Therese L. Roberson

LIS PENDENS 3